Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Antonio Lopez has moved to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lopez has filed a response to counsel's motion to withdraw wherein he raises issues including an allegation of ineffective assistance of counsel.

Our independent review of the brief, Lopez's response, and the record discloses no nonfrivolous issues for appeal. We decline to address Lopez's allegations of ineffective assistance of counsel, without prejudice to Lopez's right to assert such claims in a motion pursuant to 28 U.S.C. § 2255. *See United States v. Higdon*, 832 F.2d 312, 313–14 (5th Cir.1987). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

UNITED STATES of America, Plaintiff–Appellee,

v.

Manuel Jesus MEDRANO, also known as Chuy, Defendant–Appellant.

No. 04–50207.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 14, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Manuel Jesus Medrano, Anthony, NM, pro se.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Manuel Jesus Medrano has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Medrano has not filed a response to the motion. Our review of the brief and the record discloses no nonfrivolous issue for appeal.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.